

**Entered on Docket
January 13, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
915 East Bonneville Avenue
Las Vegas, NV 89101
(800) 741-8806 Phone
(949) 252-1032 Fax
kevin@mclaw.org

**E-FILED DEC. 24, 2009**

Attorneys for WELLS FARGO BANK, NA DBA AMERICA'S SERVICING COMPANY

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Chapter 7 |
| HOWARD L. ARTHUR, | ) Case No. S-09-30468-MKN |
| Debtor. | ) Hearing Date: December 16, 2009<br>) Hearing Time: 1:30 p.m.<br>) Location:   Foley Federal Building<br>)                    Courtroom No. 2 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The hearing of the motion of WELLS FARGO BANK, NA DBA AMERICA'S SERVICING COMPANY for relief from automatic stay was regularly scheduled before this court on December 16, 2009, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the motion for relief from automatic stay be, and hereby is granted.

///

///

1 | IT IS FURTHER ORDERED that the stay is hereby terminated as to the real property located at
2 | 1712 Morse Arberry Ave., Las Vegas, NV 89106.

4 | SUBMITTED BY:

/s/ *Kevin Hahn*
KEVIN HAHN
Nevada Bar No. 9821
915 East Bonneville Avenue
Las Vegas, NV 89101
(800) 741-8806
Attorney for WELLS FARGO BANK, NA DBA AMERICA' S SERVICING COMPANY

## RULE 9021 CERTIFICATION

In accordance with Local Rule 9021, counsel for Movant certifies:

____ The Court waived the requirement of approval under LR 9021.

_X__ This is a Chapter 7 or 13 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party an whether the party has approved, disproved, or failed to respond to the document]:

WILLIAM A. LEONARD, Trustee: _____

Approved_____    Disapproved_____    Failed to Respond ___X____

____ This is a Chapter 9, 11, or 15 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

# # #